1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNO ENZERINK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BUZZFEED, INC., a Delaware Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 2:19-cv-09913-DSF-E<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Hon. Dale S. Fischer |

**ORDER**

Plaintiff Arno Enzerink ("Plaintiff") filed the instant lawsuit against Defendant BuzzFeed, Inc. ("BuzzFeed") on November 21, 2019. Dkt. No. 1. On May 14, 2020, Plaintiff filed a notice of settlement. Dkt. No. 25. On May 15, 2020, in response to the notice of settlement, the Court entered an order dismissing the action without prejudice and retaining jurisdiction for a period of thirty days. Dkt. No. 26.

Given the parties' settlement, the parties have stipulated to the entry of an order vacating the dismissal without prejudice and entering a dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Good cause appearing, the Court hereby GRANTS the stipulation. The order of dismissal entered May 15, 2020 is hereby VACATED and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: June 8, 2020

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

-1-